**In re Scott J. FREY and Brach's Confections, Inc., Relators.**

No. 08–06–00125–CV.

Court of Appeals of Texas, El Paso.

June 29, 2006.

Joseph L. Hood Jr., Scott, Hulse, Marshall, Feuille, Finger & Thurmond, El Paso, for relators.

Steven L. Hughes, Mounce, Green, Myers, Safi & Galatzan, El Paso, for interested party.

Before BARAJAS, C.J., McCLURE, and CHEW, JJ.

## OPINION ON PETITION FOR WRIT OF MANDAMUS

ANN CRAWFORD McCLURE, Justice.

Relators, Scott J. Frey and Brach's Confections, Inc., ask this Court to issue a writ of mandamus against the Honorable Linda Chew, Judge of the 327th District Court of El Paso County. Mandamus will lie only to correct a clear abuse of discretion. *Walker v. Packer,* 827 S.W.2d 833, 840 (Tex.1992)(orig. proceeding). Moreover, there must be no other adequate remedy at law. *Id.* Based on the record before us, we are unable to conclude that Respondent clearly abused her discretion by denying the motion to transfer venue. Accordingly, we deny mandamus relief. *See* Tex. R.App.P. 52.8(a).

CHEW, J., not participating.